In the Matter of the Claim of MARY BECKER, Respondent, against JOHN A. CARPENTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.

— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.